UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Pathgenics, Inc., | ) | |
|     Plaintiff, | ) | CIVIL ACTION NO.: 1:09cv11142-RGS |
| | ) | |
| v. | ) | |
| | ) | |
| NovaBay Pharmaceuticals, Inc., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

### ORDER OF DISMISSAL

STEARNS, District Judge

   It is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety for failure to comply with the Court's Order of January 20, 2010.

                                                                         BY THE COURT,

                                                                       /s/ *Terri Seelye*
                                                                       Deputy Clerk

DATED: April 27, 2010